

September 7, 2017

*Via E-Filing*
The Honorable Sherry R. Fallon
J. Caleb Boggs Federal Building
844 N. King Street, Unit 14
Room 6100
Wilmington, DE 19801-3555

    RE:    **Eldreth v. Barclays Bank Delaware, et al.**
                **Case 1:17-cv-00480-VAC-SRF**

Dear Judge Fallon,

    This office represents Plaintiff in the above captioned matter.  This letter is to advise the Court Plaintiff has resolved its claims with all defendants.

    Plaintiff respectfully requests that the Court allow 60 days for the parties to finalize settlement documentation.  I am available at the convenience of the Court to answer any questions or concerns.

                              Respectfully submitted,

                              Antranig Garibian

AG/kb

cc:    Alison R. W. Toepp, Esquire *(via email and electronic filing)*
       John C. Cordrey, Esquire *(via email and electronic filing)*