**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| Jerald Eldreth,<br><br>                Plaintiff,<br><br>– against–<br><br><br>Barclays Bank Delaware and Schlee & Stillman, LLC,<br><br>                Defendant(s). | Civil Action No. 1:17-cv-00480 |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, that all claims and counterclaims in the above captioned action are dismissed, with prejudice with the parties to bear their own fees and costs.

Dated: October 9, 2017

| **GARIBIAN LAW OFFICES, P.C.** | **REED SMITH LLP** |
|---|---|
| */s/ Antranig Garibian*_____ | */s/ John C. Cordrey*_____ |
| Antranig Garibian, Esq. (# 4962) | John C. Cordrey (# 5324) |
| 1010 North Bancroft Parkway, Suite 22 | 1201 N. Market Street, Suite 1500 |
| Wilmington, DE 19805 | Wilmington, DE 19801 |
| Telephone: (302) 722-6885 | Telephone: (302) 778-7500 |
| Email: ag@garibianlaw.com | Email: jcordrey@reedsmith.com |
| | |
| *Attorney for Plaintiff* | *Attorney for Defendants* |